# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>KEVIN JASIR CONTRERAS ARITA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 24-mj-1270<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 3, 2024** in the county of **Davidson** in the **Middle** District of **Tennessee**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C. §§ 1326(a) and (b)(1) | Illegal re-entry of a person previously deported subsequent to a conviction for a felony |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ Derrick Debraux
*Complainant's signature*

S/A Derrick Debraux, HSI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 11/05/2024

*Judge's signature*

City and state: Nashville, Tennessee

Barbara D. Holmes, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derrick Debraux, having been duly sworn, hereby depose and swear to the following:

1. I, Derrick Debraux, have been employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) since September 2017. As a federal agent for the Department of Homeland Security, I am familiar with federal statutes, including 8 U.S.C. §§ 1326(a) and (b)(1), which make it unlawful for an individual who has previously been deported from the United States subsequent to a conviction for a felony to enter the United States without the inspection, admission, parole, or permission of the appropriate federal authorities.

2. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This affidavit does not contain each and every detail known by me regarding this investigation. Instead, this affidavit provides information necessary to establish probable cause to arrest Kevin Jasir CONTRERAS ARITA for a violation of 8 U.S.C. § 1326(b)(1). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. On August 11, 2021, CONTRERAS ARITA was arrested by the Metropolitan Nashville Police Department (MNPD) in the Middle District of Tennessee for Aggravated Assault with a deadly weapon. On September 2, 2022, CONTRERAS ARITA was found guilty of a felony, namely, Reckless Aggravated Assault, and was sentenced to four years of imprisonment, which was suspended to supervised probation.

4. On December 11, 2023, CONTRERAS ARITA was interviewed by law enforcement and stated that he is a native and citizen of Honduras, is not a United States citizen, and is not a Lawful Permanent Resident of the United States.

5. On January 9, 2024, CONTRERAS ARITA was arrested by law enforcement for being an undocumented alien presently in the United States. On or about February 21, 2024, CONTRERAS ARITA was removed from the United States via a deportation flight from San Antonio, Texas to San Pedro Sula, Honduras.

6. CONTRERAS ARITA subsequently reentered the United States at an unknown location on an unknown date and was present in the Middle District of Tennessee. On November 3, 2024, MNPD detectives observed CONTRERAS ARITA engage in what appeared to be hand-to-hand narcotics transactions, and then enter a vehicle with three other individuals, in Davidson County, Tennessee, which is located in the Middle District of Tennessee. MNPD officers attempted to stop the vehicle after observing multiple traffic violations, but the vehicle fled from police at speeds of over 100 miles per hour. An MNPD helicopter followed the vehicle and observed it park behind CONTRERAS ARITA'S residence. CONTRERAS ARITA fled from the vehicle on foot and was located in the woods, where he was taken into custody. In CONTRERAS ARITA'S flight path, MNPD located a backpack which contained 5.5 grams of methamphetamine, 28 grams of marijuana, and .3 grams of cocaine. CONTRERAS ARITA was charged in state court with two felony drug offenses, one misdemeanor drug offense, and evading arrest.

7. In a post-arrest interview, CONTRERAS ARITA, waived his Miranda rights and agreed to speak to interviewers without the presence of an attorney, and admitted that he reentered the United States illegally.

8. CONTRERAS ARITA has no pending applications with the Citizenship and Immigration Services (USCIS) and does not appear to be eligible for any relief under the Immigration & Nationality Act (INA), as amended. Therefore, I am requesting a warrant authorizing the arrest of Kevin Jasir CONTRERAS ARITA for a violation of 8 U.S.C. § 1326(b)(1).