CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

| | | | |
|---|---|---|---|
| Indictment | ( ) | | |
| Complaint | (X) | County of Offense: | Davidson County |
| Information | ( ) | AUSA's NAME: | Brooke C. Farzad / Rachel Stephens |
| Felony | (X) | | |
| Misdemeanor | ( ) | Reviewed by AUSA: | BCF |
| Juvenile | ( ) | | (Initials) |

<u>Kevin Jasir Contreras Arita</u>
Defendant's Full Name

Interpreter Needed?   __X__ Yes   ____ No

_____
Defendant's Address

If Yes, what language?   ____Spanish____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 8 U.S.C. § 1326(b)(1) | Illegal Re-entry after Felony Conviction | 10 years | $250,000 |

Is the defendant currently in custody?   Yes   (X)   No   ( )   If yes**, State** or Federal?  Writ requested  ( )

Has a complaint been filed?   Yes   ( )   No   ( X )
  If Yes:   Name of the Magistrate _____   Case No.: _____
    Was the defendant arrested on the complaint?   Yes   ( )   No   ( )

Has a search warrant been issued?   Yes   ( )   No   (X)
  If Yes:   Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes   ( )   No   ( )   Amount of bond: _____

Is this a Rule 20?   Yes ( )   No (X)   To/from what district? _____
Is this a Rule 40?   Yes ( )   No (X)   To/from what district? _____

Estimated trial time:   __1-2 days__

The Clerk will issue a Summons/**Warrant**   (circle one)   (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:   Yes (X)   No ( )   Recommended conditions of release: _____
_____
_____
_____
_____